IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
Jamie Michelle Rice ) 13-03637-MAM-13
xxx-xx-9277 ) Chapter 13
    Debtor. )

JOINT MOTION REQUESTING COURT APPROVAL OF
COLLATERAL VALUATION

The Debtor(s) and the Creditor referenced below, by and through their respective counsel or record, file this Joint Motion Requesting Court Approval of Collateral Valuation. In support of this Motion, the parties state as follows:

1. The plan as filed provided a value of $23,722.00 on the following collateral: 2011 Toyota Sienna.

2. The secured creditor referenced below contested the aforementioned valuation set forth in the Debtor's plan.

3. The undersigned request that This Honorable Court approve a resolution to the dispute whereby the value the collateral referenced in paragraph one (1) be changed to the amount of $25,345.13.

                              Respectfully Submitted,

/s/Allan M. Trippe                     /s/Monica R. Quinn
Allan M. Trippe                         Monica R. Quinn
Attorney for Creditor:               Attorney for Debtor
Santander Consumer USA Inc.     4317 Downtowner Loop North
P.O. Box 531103                     Mobile, Alabama 36609
Birmingham, Alabama 35253       (251) 342-0264
(205) 879-9220