IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
Jamie Michelle Rice ) 13-03637-MAM-13
xxx-xx-9277 ) Chapter 13
    Debtor. )

ORDER ON
JOINT MOTION REQUESTING COURT APPROVAL OF
COLLATERAL VALUATION

This matter having come before the Court on the Joint Motion of the Debtor(s) and Santander Consumer USA Inc. Creditor, Requesting Court Approval of Collateral Valuation, and to change the value of the collateral referenced in paragraph (1) of said Motion to $25,345.13. Based on the joint agreement filed between Counsel for the Parties, the Court concludes, and it is hereby

**ORDERED** that the Joint Motion of the Parties for valuation of the collateral referenced in paragraph (1) be changed to $25,345.13 is hereby **GRANTED.**

Dated: December 4, 2013

_____
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE