IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re: *
 *
**Jamie Michelle Rice,** * Case No. **13-03637 MAM**
 *
Debtor. * Chapter 13

## MOTION TO SUSPEND CHAPTER 13 PAYMENTS
## FOR THREE (3) MONTHS

**COMES NOW** the Debtor in the above referenced case, appearing by and through the undersigned attorney, and moves this Honorable Court to temporarily suspend her Chapter 13 payments to the Trustee herein and in support of said motion says as follows:

Debtor wishes to convert the case to Chapter 7 but needs time to save the funds and for counsel to prepare the paperwork.

**WHEREFORE**, the Debtor herein moves this Honorable Court to suspend her payments to the Chapter 13 Trustee for three (3) months.

Dated: 08/14/14  /S/ Lacy S. Robertson
 Lacy S. Robertson
 PADGETT & ROBERTSON
 Attorneys for Debtor
 4317 Downtowner Loop N
 Mobile, AL  36609
 (251) 342-0264

## CERTIFICATE OF SERVICE

I do hereby certify that on this the   14th   day of   August   , 2014, I have served a copy of the foregoing pleading by either electronic service or via United States Mail properly addressed and postage prepaid to the following parties:

John C. McAleer, III (via Electronic Service)
Chapter 13 Trustee

 /s/ Lacy S. Robertson
 Lacy S. Robertson