IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

Jamie Michelle Rice                    )          CASE NO.: 13-03637-MAM-7
xxx-xx- 9277                           )          CHAPTER 7
                                       )
         Debtor.                       )

ORDER ON THE MOTION FOR RELIEF FROM STAY
BY SANTANDER CONSUMER USA, INC.

This matter having come before the Court upon notice and hearing on the Motion For Relief From Stay filed by Santander Consumer USA, Inc. and the parties having announced settlement in this matter, it is hereby ORDERED:

1.      The Motion For Relief From Stay is hereby granted and the automatic stay provided by 11 U.S.C. Section 362(a) is lifted as to the 2011 Toyota Sienna VIN: 5TDKA3DC4BS007903  and Santander is free to repossess and sell same without further order of the Court.

2.      By consent of the parties the provisions of Rule 4001(a)(3) are waived and relief from the automatic stay shall be effective immediately.

Dated:   December 3, 2014

_Margaret A. Mahoney_
MARGARET A. MAHONEY
U.S.  BANKRUPTCY JUDGE