IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JAMIE MICHELLE RICE | * | CASE NO. 13-03637 |
| | * | |
| Debtors. | * | CHAPTER 7 |

## APPLICATION FOR ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

Comes now DENISE LITTLETON, Trustee of the Estate of the above-named Debtors, and pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014 requests the Court to approve the employment of a real estate agent in this proceeding. In support thereof Applicant states as follows:

1. The employment by the Applicant of a real estate agent is necessary for the effective administration of this Estate, as it is anticipated that there is non-exempt real property located in Mobile County which needs to be sold in order to collect property of the Estate.

2. Gary Woodward of Bershire Hathaway Cooper & Co., Inc. Realtors, located at 7675 Cottage Hill Road, Mobile, Al 36695 is a licensed real estate agent in the State of Alabama and is familiar with real estate in this area. Applicant believes him to be qualified to assist the Trustee in the sale of this property.

3. Applicant wishes to employ Gary Woodward, to perform the following services: (a) to list the real estate for sale; (b) to show the property to prospective buyers and to prepare any purchase offers which may be received on the property; (c) to assist in the completion of the sale of the property and the payment of the proceeds from the sale to the Trustee for distribution to the creditors of this estate; and (e) to perform all other services relating to the sale of this property which may be deemed necessary.

4. To the best of Applicant's knowledge, Gary Woodward, represents no interest adverse to the Trustee, and his employment is necessary and in the best interest of the estate.

WHEREFORE, applicant respectfully requests that the Court enter an Order approving the employment of Gary Woodward as the real estate agent for the Trustee with compensation to be approved by the Court at a future date.

Dated this 13th day of January, 2015.

/s/ Denise I. Littleton
DENISE LITTLETON, Trustee
4321-A Midmost Drive
Mobile, Alabama
Tele: (251) 304-0070
Fax: (251) 304-0071

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MARR, AUTUMN WALKER | * | CASE NO. 13-01556 |
| | * | |
| Debtors. | * | CHAPTER 7 |

## VERIFIED STATEMENT OF REAL ESTATE AGENT

Comes now Gary Woodward and pursuant to Bankruptcy Rule 2014(a) in support of the "Application for Order Approving Employment of Real Estate Agent" filed by the Trustee in the above referenced case states as follows:

1. I am a real estate agent licensed to practice in the State of Alabama and maintain an office at 7675 Cottage Hill Road, Mobile, Al 36695.

2. I am aware of no connection I have with the creditors of the Debtor other than the possibility of their being listed as the buyer or seller in other real estate transactions I have worked on.

3. I am aware of no other connection I may have with the Debtor or any of the other parties in interest involved in this bankruptcy proceeding.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on the ___9th___ day of _September_, 2013.

_[signature]_

GARY WOODWARD  
Berkshire Hathaway Cooper, & Co, Inc  
7675 Cottage Hill Road  
Mobile, Al 36695  
(251) 656-3181